PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Syid Boyd                    Cr.: 21-00856-001
                                                                    PACTS #: 7225721

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/19/2022

Original Offense:   Count One: Bribery of a Postal Employee, 18 U.S.C. § 201(b)(1)(A) and (C)
                    Count Two: Access Device Fraud, 18 U.S.C. §§ 1029(a)(2) and (c)(1)(A)(i)

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: $200 Special Assessment, $7, 093.78 Restitution, Search/Seizure, Financial Disclosure, Mental Health Treatment, No New Debt/Credit, Support Dependents

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/09/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 2, 2022, Boyd was stopped by officers of the Newark Police Department after allegedly turning into oncoming traffic and disregarding the lights and sirens of the police vehicle. He was issued 16 traffic summonses including careless driving (39:4-39) and driving after driver's license suspended/revoked (39:3-40). |

U.S. Probation Officer Action:
Boyd was verbally reprimanded and reminded of the conditions of supervision previously reviewed. Boyd was also referred to Newark Re-Entry program for assistance with restoring his driver's license. The probation office will continue to monitor Boyd's compliance with the conditions of supervision and ensure he resolves his pending traffic matters.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:   DANA HAFNER
      Senior U.S. Probation Officer

Prob 12A – page 2
Syid Boyd

/ dh

APPROVED:

*Elisa Martinez*              11/15/22
ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ **X No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)**

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler, U. S. D. J.

Signature of Judicial Officer

11/16/2022

Date