PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Syid Boyd     Cr.: 21-00856-001
   PACTS #: 7225721

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                              SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/19/2022

Original Offense:    Count One: Bribery of a Postal Employee, 18 U.S.C. § 201(b)(1)(A) and (C)
                          Count Two: Access Device Fraud, 18 U.S.C. §§ 1029(a)(2) and (c)(1)(A)(i)

Original Sentence: 18 months imprisonment, 3 years supervised release

Special Conditions: $200 Special Assessment, $7, 093.78 Restitution, Search/Seizure, Financial Disclosure, Mental Health Treatment, No New Debt/Credit, Support Dependents

Type of Supervision: Supervised Release              Date Supervision Commenced: 09/09/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Boyd was referred to the 10-week STOP anger management program facilitated by officers of the U.S. Probation Office. Boyd failed to complete this program as directed and was discharged after leaving two sessions early and missing two other sessions. |

U.S. Probation Officer Action:

The probation officer has addressed this non-compliance with Boyd. He inquired if he would be permitted to attend the next session of STOP, and he will be referred. The probation officer will promptly report any additional non-compliance.

Prob 12A – page 2
Syid Boyd

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:   DANA HAFNER
Senior U.S. Probation Officer

/ dh

APPROVED:

_____   12/14/2022
JOSEPH A. DAGROSSA                         Date
Assistant Deputy Chief U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ **xxNo Formal Court Action to be Taken at This Time (as recommended by the Probation Office)**

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler U. S. D. J.
Signature of Judicial Officer

Date 12/15/2022