PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Syid Boyd

Cr.: 21-00856-001
PACTS #: 7225721

Name of Sentencing Judicial Officer:  THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/19/2022

Original Offense:   Count One: Bribery of a Postal Employee, 18 U.S.C. § 201(b)(1)(A) and (C)
Count Two: Access Device Fraud, 18 U.S.C. §§ 1029(a)(2) and (c)(1)(A)(i)

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: $200 Special Assessment, $7,093.78 Restitution, Search/Seizure, Financial
Disclosure, Mental Health Treatment, No New Debt/Credit, Support Dependents

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/09/2022

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On March 27, 2023, Boyd was stopped by officers of the Union Township Police Department and received traffic summonses for driving while suspended, driving without a license, and failure to possess a registration. These tickets remain pending. |
| 2 | Despite numerous referrals to job placement agencies, temporary employment agencies, and job sites, Boys has remained unemployed since the commencement of supervision. |
| 3 | Boyd has not made a payment towards his special assessment or restitution since November 2022. He currently owes $75 towards his special assessment and $783.58 on his restitution balance. |

U.S. Probation Officer Action:
Please note this is the second time Boyd has been issued a summons for driving unlicensed during his term of supervision. Boyd's lack of motivation to comply with the conditions of supervision is apparent. The probation office is requesting a status conference before Your Honor to address his non-compliant behavior.

Prob 12A – page 2
Syid Boyd

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   DANA HAFNER
        Senior U.S. Probation Officer

/ dh

APPROVED:

_____     03/30/23
PATRICK HATTERSLEY                          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ XX**Status Conference (as recommended by the Probation Office) Date: 4/26/2023 at**

   **12:30 P.M.**

s/Stanley R. Chesler, U. S. D. J.
_____
Signature of Judicial Officer

4/24/2023
_____
Date